IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

HELENA AGRI-ENTERPRISES, LLC                             PLAINTIFF

v.                              No. 4:25-cv-431-DPM

JWL FARMS, LLC and JOSH LASSETT                          DEFENDANTS

ORDER

Helena Agri-Enterprises properly served JWL Farms and Josh Lassett on 19 June 2025. *Doc. 3 & 4*. After the defendants failed to answer or respond, the Clerk entered a default, *Doc. 7*. Fed. R. Civ. P. 55(a). Jeff Gregory, the Credit Manager for Helena Agri-Enterprises, submitted an affidavit stating that the defendants owed Helena Agri-Enterprises $121,408.49. There's no need for a hearing. *Cutcliff v. Reuter*, 791 F.3d 875, 882 (8th Cir. 2015). Helena Agri-Enterprises is entitled to pre-judgment interest at 6% per annum ($19.96 per day). *Reynolds Health Care Services, Inc. v. HMNH, Inc.*, 364 Ark. 168, 180–81, 217 S.W.3d 797, 807 (2005); Ark. Code Ann. § 4-57-101(d). It's also entitled to post-judgment interest. 28 U.S.C. § 1961(a)–(b).

Helena Agri-Enterprises unopposed motion for default judgment, *Doc. 8*, is granted. Judgment will issue.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 August 2025