IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HELENA AGRI-ENTERPRISES, LLC**                                             **PLAINTIFF**

v.                            No. 4:25-cv-431-DPM

**JWL FARMS, LLC and JOSH LASSETT**                              **DEFENDANTS**

## JUDGMENT

Helena Agri-Enterprises, LLC shall have judgment against JWL Farms, LLC and Josh Lassett for $121,408.49, plus pre-judgment interest at the rate of 6% per annum ($19.96 per day), from 16 July 2024 to the date of this Judgment, for a total of $129,512.25. Post-judgment interest will accrue at 3.91% per annum from today until this Judgment is paid in full. 28 U.S.C. § 1961(a)–(b).

_____
D.P. Marshall Jr.
United States District Judge

26 August 2025